UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

| | |
|---|---|
| WALTER WYTHE, JR., <br> Plaintiff, <br> <br> v. <br> <br> LOWE'S HOME CENTERS, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**INITIAL DISCLOSURES OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), the defendant, Lowe's Home Centers, Inc. ("Lowe's"), makes the following initial disclosures:

A.   **Individuals believed to have discoverable information**

1.   Peggy Lewis, 135 Westgate Drive, Brockton, MA, 02301, (508) 897-0067, subject of information: general store policies and procedures;

2.   Mathew Winik, last known address: 147 Austin Street, Hyde Park, MA, 02136, telephone number: unknown, subject of information: allegations set forth in the plaintiff's Complaint; and

3.   Sharon Padon, last known address: 135 Westgate Drive, Brockton, MA, 02301, telephone number: unknown, subject of information: allegations set forth in the plaintiff's Complaint.

Current Lowe's employee Peggy Lewis may not be contacted except through defense counsel.

950378v1

B.  **Documents that may support claims or defenses**

At this time, Lowe's is unaware of any documents other than those received from the plaintiff or those protected by the attorney-client and/or work product privileges.

C.  **Computations of damages**

Not applicable.

D.  **Insurance Agreement**

Lowe's will make available for inspection and copying any insurance policy providing coverage on the date of the alleged incident set forth in the plaintiff's Complaint.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

/s/ Jacy L. Wilson

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

CERTIFICATE OF SERVICE

I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

/s/ Jacy L. Wilson
_____
Jacy L. Wilson, Esquire

Dated:  April 22, 2005

950378v1