UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

| | |
|---|---|
| WALTER WYTHE, JR., <br> Plaintiff, | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| LOWE'S HOME CENTERS, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) |

## CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Local Rule 7.3(A), the defendant, Lowe's Home Centers, Inc., identifies the following:

1. Lowe's Companies, Inc. is the parent corporation of Lowe's Home Centers, Inc.

2. Lowe's Companies, Inc. is a publicly held company that owns 10% or more of Lowe's Home Centers, Inc.'s stock.

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

*/s/ Jacy L. Wilson*

_____
Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210
(617) 439-7500

950376v1

CERTIFICATE OF SERVICE

    I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

                      */s/ Jacy L. Wilson*

                       _____

                       Jacy L. Wilson, Esquire

Dated:  April 22, 2005