UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

| | |
|---|---|
| WALTER WYTHE, JR.,<br>　　　　Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| LOWE'S HOME CENTERS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>) |

## CERTIFICATION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

　　a.　Establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

　　b.　Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Lowe's Home Centers, Inc.

_[signature]_
Authorized Representative: Walt Williams

950371v1