UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

| | |
|---|---|
| WALTER WYTHE, JR., <br>       Plaintiff, | ) <br> ) <br> ) |
| v. | ) <br> ) |
| LOWE'S HOME CENTERS, INC., <br>       Defendant. | ) <br> ) <br> ) |

### CERTIFICATION OF THE DEFENDANT, LOWE'S HOME CENTERS, INC., PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), it is hereby affirmed that we have conferred for the purpose of:

    a.    Establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b.    Considering the resolution of the litigation through the use of alternative dispute resolution programs.

Defendant, Lowe's Home Centers, Inc.

_____
Authorized Representative: Walt Williams

950371v1

Respectfully Submitted By,

Counsel for Defendant,
Lowe's Home Centers, Inc.

*/s/ Jacy L. Wilson*

---

Thomas C. Federico, BBO # 160830
Jacy L. Wilson, BBO # 658923
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

CERTIFICATE OF SERVICE

I hereby certify that this document has been served upon all counsel of record in compliance with the Federal Rules of Civil Procedure.

*/s/ Jacy L. Wilson*

---

Jacy L. Wilson, Esquire

Dated: *August 18, 2005*

950371v1