UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

| | |
|---|---|
| WALTER WYTHE, JR., <br> Plaintiff, <br> <br> v. <br> <br> LOWE'S HOME CENTERS, INC., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Local Rule 16.1(D), the parties submit the following joint statement:

**I.   AGENDA OF MATTERS**

The primary matters to be discussed at the scheduling conference are as follows:

1.   The parties' proposed pretrial schedule set forth below.

**II.   PROPOSED PRETRIAL SCHEDULE**

After conferring in accordance with Local Rule 16.1, the parties have reached agreement on the proposed discovery plan and schedule for filing motions set forth below:

   **A.   PROPOSED DISCOVERY PLAN**

   1.   The scope of discovery in this matter shall conform to the requirements set forth in Fed. R. Civ. P. 26(b).

   2.   Taking into account the desirability of conducting phased discovery, the parties propose the following schedule:

957742v1

PHASE I:  Developing information needed for a realistic assessment of the case.

a. All fact discovery, including depositions, will be completed on or before May 12, 2006.

b. The parties will be limited to four (4) depositions per side, excluding depositions of experts and third-party record custodians.

c. The parties will be limited to twenty-five (25) interrogatories per side, in accordance with Local Rule 26.1(c).

d. The parties will be limited to twenty-five (25) requests for admissions per side, in accordance with Local Rule 26.1(c).

e. The parties will be limited to two (2) separate sets of requests for production per side, in accordance with Local Rule 26.1(c).

PHASE II:  Developing information needed to prepare for trial.

a. Plaintiff will provide his expert witness disclosure to the defendant in accordance with Fed. R. Civ. P. 26(a)(2) on or before May 12, 2006.

b. Defendant will provide its expert witness disclosure to the plaintiff in accordance with Fed. R. Civ. P. 26(a)(2) on or before June 12, 2006.

**B. PROPOSED SCHEDULE FOR FILING MOTIONS**

1. All motions for amendments to pleadings will be filed and served on or before December 12, 2005.

2. Fed. R. Civ. P. 56 motions will be filed and served on or before June 12, 2006.

3. Oppositions to Fed. R. Civ. P. 56 motions will be filed and served on or before June 26, 2006.

4. All expert discovery motions will be filed and served on or before July 6, 2006.

957742v1

III.     **CERTIFICATIONS**

The certifications required by Local Rule 16.1(D)(3) have been filed or will be filed separately by each party on or before the date of the scheduling conference.

IV.     **TRIAL BY MAGISTRATE JUDGE**

The parties will continue to confer on the issue of trying this matter by magistrate judge, as no agreement has been reached to date.

| | |
|---|---|
| Defendant,<br>Lowe's Home Centers, Inc.,<br>By its attorneys, | Plaintiff,<br>Walter Wythe, Jr.,<br>By his attorney, |
| */s/ Jacy L. Wilson* | */s/ John T. Spinale* |
| Thomas C. Federico, BBO # 160830<br>Jacy L. Wilson, BBO # 658923<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA  02210<br>(617) 439-7500 | John T. Spinale, BBO # 475540<br>SPINALE & SPINALE<br>45 Bristol Drive<br>So. Easton, MA  02375<br>(508) 230-5353 |

957742v1