UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO:  05 CV 10638 RGS

```
=================================
WALTER WYTHE, JR.,                )
        Plaintiff                 )
                                  )
vs.                               )
                                  )
LOWE'S HOME CENTERS, INC.,        )
        Defendant                 )
=================================
```

**ASSENTED-TO MOTION
TO CONTINUE**

    Now comes the plaintiff, Walter Wythe, Jr., in the above-entitled matter and moves that this Honorable Court continue the Scheduling Conference, now scheduled for September 20, 2005, to another convenient date for this Court.

    And for his reason for said motion, the plaintiff states that his counsel of record, John T. Spinale, Esquire, is scheduled to be out of state on vacation on September 20, 2005 and will be unable to appear in Court at that time.  Therefore, the plaintiff respectfully requests that said scheduling conference be continued to some other convenient date.

Assented to:

                                        WALTER WYTHE, JR.,
                                        By his Attorney,

_____                 _____
Jacy L. Wilson, Esquire                 John T.  Spinale, Esquire
MORRISON MAHONEY LLP                    SPINALE & SPINALE
250 Summer Street                       45 Bristol Drive
Boston, MA 02210-1181                   South Easton, MA 02375-1916
(617) 439-7500                          (508) 230-5353
BBO #658923                             BBO #475540
Counsel for Defendant,
Lowe's Home Centers, Inc.

Date:  August 18, 2005

SPINALE & SPINALE
ATTORNEYS AT LAW
45 BRISTOL DRIVE
SO. EASTON, MA 02375-1916

(508) 230-5353

CERTIFICATE OF SERVICE

I, John T. Spinale, Esquire, do hereby certify that the foregoing document was served on all counsel of record by mailing, postage prepaid to:

- Thomas C. Federico, Esquire
Jacy L. Wilson, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Date: August 18, 2005

John T. Spinale