UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 05 CV 10638 RGS

====================================
WALTER WYTHE, JR.,            )
    Plaintiff            )
                         )
vs.                           )   **CERTIFICATION OF THE**
                         )   **PLAINTIFF, WALTER WYTHE, JR.**
LOWE'S HOME CENTERS, INC.,    )   **PURSUANT TO LOCAL RULE 16.1(D)3**
    Defendant            )
====================================

    Now comes the plaintiff, Walter Wythe, Jr., pursuant to Local Rule 16.1(D)3, and hereby certifies that:

    (a)    He has conferred with all parties regarding this litigation in an effort to establish a cost for conducting litigation and the various alternatives to litigation; and

    (b)    The parties have discussed the advantages of, and possibility of, the use of alternative dispute resolution programs.

    WALTER WYTHE, JR.,
    By his Attorney,

    John T. Spinale, Esquire
    SPINALE & SPINALE
    45 Bristol Drive
    South Easton, MA 02375-1916
    (508) 230-5353
    BBO #475540

Date: August 31, 2005

## CERTIFICATE OF SERVICE

I, John T. Spinale, Esquire, do hereby certify that the foregoing document was served on all counsel of record by mailing, postage prepaid to:

- Thomas C. Federico, Esquire
Jacy L. Wilson, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210

Date: August 31, 2005

_____
John T. Spinale

SPINALE & SPINALE
ATTORNEYS AT LAW
45 BRISTOL DRIVE
SO. EASTON, MA 02375-1916

(508) 230-5353