UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05CV10638

WALTER WYTHE, JR., )
    Plaintiff, )
)
v. )
)
LOWE'S HOME CENTERS, INC., )
    Defendant. )
)

### STIPULATION OF DISMISSAL OF ACTION PURSUANT TO RULE 41(a)(1)(ii)

    The plaintiff, Walter Wythe, Jr., and the defendant, Lowe's Home Centers, Inc., pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims against Lowe's Home Centers, Inc. be dismissed with prejudice, without costs or attorney fees, and without right of appeal.

| Plaintiff, | Defendant, |
|---|---|
| Walter Wythe, Jr., | Lowe's Home Centers, Inc., |
| By his attorney, | By its attorneys, |
| | |
| /s/ John T. Spinale | /s/ Jacy L. Wilson |
| | |
| John T. Spinale, BBO# 475540 | Thomas C. Federico, BBO# 160830 |
| Spinale & Spinale | Jacy L. Wilson, BBO# 658923 |
| 45 Bristol Drive | Morrison Mahoney LLP |
| South Easton, MA 02375 | 250 Summer Street |
| (508) 230-5310 | Boston, MA 02210-1181 |
| | (617) 439-7500 |

1007642v1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 21, 2006.

*/s/ Jacy L. Wilson*

_____

Jacy L. Wilson

2

1007642v1